FILED
United States Court of Appeals
Tenth Circuit

January 13, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

DEON LAMAR NELSON,

    Plaintiff - Appellant,

v.

LOUISE FOSTER, et al.,

    Defendants - Appellees.

No. 23-6009
(D.C. No. 5:22-CV-00943-D)
(W.D. Okla.)

---

## ORDER

---

This matter is before the court *sua sponte* upon the opening of this appeal. A review of the district court docket has revealed a potential waiver of the right to appellate review.

On December 2, 2022, Magistrate Judge Amanda Maxfield Green issued a recommendation that *pro se* Appellant Delon Lamar Nelson's action be dismissed without prejudice for failure to comply with court's order to cure certain deficiencies in his motion for leave to proceed *in forma pauperis* and for failure to prosecute. *See* Doc. No. 6. The recommendation advised Appellant that he had until December 23, 2022, to file any objections to the recommendation, and that failure to do so would waive his right to appellate review of its factual and legal questions.

Appellant did not file any objections to the recommendation. On December 30, 2022, District Judge Timothy D. DeGiusti adopted the magistrate judge's

recommendation, noting that no timely objection to the recommendation had been filed. *See* Doc. No. 7.

If a litigant fails to timely and specifically object to a magistrate judge's recommendation, that party generally waives her right to appellate review of the district court's factual and legal determinations under this circuit's "firm waiver rule." *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The waiver rule applies to a *pro se* party unless: (1) the party has not been informed of the period within which to file objections and the consequences for failing to do so; or (2) the "interests of justice" require review. *Morales-Fernandez v. I.N.S.*, 418 F.3d 1116, 1119 (10th Cir. 2005).

Accordingly, **on or before February 3, 2023**, Appellant shall respond in writing why he has not waived his right to appellate review of the district court's dismissal order by failing to file timely objections to the magistrate judge's report and recommendation underlying it. Failure to timely respond to this order may result in the dismissal of this appeal without further notice pursuant to 10th Cir. R. 42.1.

Proceedings in this appeal are suspended pending further order of the court. *See* 10th Cir. R. 27.3(C). However, the deadlines for the preliminary documents set in the case opening letter of January 13, 2023 remain in effect.

                                        Entered for the Court
                                        CHRISTOPHER M. WOLPERT, Clerk

                                        By: Candice Manyak
                                            Counsel to the Clerk